# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2006

130839

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DAVID LEROY GONZALES, JR.,
       Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130839
COA: 267316
Muskegon CC: 03-048412-FH

_____/

On order of the Court, the application for leave to appeal the February 7, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Muskegon Circuit Court for a factual determination of whether the prosecutor's office served defense counsel with written notice of fourth habitual offender sentence enhancement within 21 days of the date that defendant waived his circuit court arraignment.

We retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2006

_____
Clerk

t1011